MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YEN-HSIANG LIN, Individually; <br><br> Plaintiff, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION Dba COSTCO, a Foreign Corporation; DOES 1-100; and ROE CORPORATIONS 101-200; <br><br> Defendants. | CASE NO.: 2:20-cv-01851-JCM-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff YEN-HSIANG LIN and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

1

1  All parties are to bear their own costs, attorneys' fees and expenses related hereto.

2  SO STIPULATED:

3

4  DATED this 3rd day of June, 2022.            DATED this 3rd day of June, 2022.

5  OLSON CANNON GORMLEY & STOBERSKI      SUN LAW GROUP, LLC

6  /s/ Michael A. Federico, Esq.                /s/ J. Amy Sun, Esq.
   _____              _____
7  MICHAEL A. FEDERICO, ESQ.                    J. AMY SUN, ESQ.
   Nevada Bar No. 005946                        Nevada Bar No.: 011289
8  9950 West Cheyenne Avenue                    6145 Spring Mountain Rd., #201
9  Las Vegas, Nevada 89129                      Las Vegas, Nevada 89146
   Attorneys for Defendant                      Attorney for Plaintiff
10 COSTCO WHOLESALE CORPORATION                 YEN-HSIANG LIN

11 DATED this ___ day of May, 2022.

12 VANNAH & VANNAH

13

14 _____
15 JOHN B. GREENE, ESQ.
   Bar No.: 4279
16 400 S. Seventh St., 4th Flr.
   Las Vegas, NV 89101
17 Associated in as Attorney for Plaintiff

18 ///

19 ///
20
21 ///

22 ///

23 ///

24
25 ///

26 ///

27 ///

28 ///

2

///

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

SO STIPULATED:

DATED this ___ day of May, 2022.                    DATED this ___ day of May, 2022.

OLSON CANNON, GORMLEY & STOBERSKI              SUN LAW GROUP, LLC


_____                    _____
MICHAEL A. FEDERICO, ESQ.                          J. AMY SUN, ESQ.
Nevada Bar No. 005946                              Nevada Bar No.: 011289
9950 West Cheyenne Avenue                          6145 Spring Mountain Rd., #201
Las Vegas, Nevada 89129                            Las Vegas, Nevada 89146
Attorneys for Defendant                            Attorney for Plaintiff
COSTCO WHOLESALE CORPORATION                       YEN-HSIANG LIN

DATED this 16 day of May, 2022.

VANNAH & VANNAH

_____
JOHN B. GREENE, ESQ.
Bar No.: 4279
400 S. Seventh St., 4th Flr.
Las Vegas, NV 89101
Associated in as Attorney for Plaintiff

///

///

///

///

///

///

///

2

*Lin v. Costco*
Case No.: 2:20-cv-01851-JCM-EJY
Stipulation and Order for Dismissal With Prejudice

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff YEN-HSIANG LIN against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

IT IS SO ORDERED.

DATED: June 10, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

3